IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUCIO LERENZO MENDOZA,<br><br>　　　　Defendant. | No. CR 13-00794-005 WHA<br><br>[~~PROPOSED~~] ORDER HOLDING IN ABEYANCE 28 U.S.C. § 2255 MOTION |

　　　For good cause shown, the pending Motion under 28 U.S.C. § 2255 filed by LUCIO LERENZO MENDOZA on June 23, 2016 (DKT 331) shall be held in abeyance for 60 days from the date of this order.  Defense counsel shall either request that the stay be lifted or withdraw the Motion.

　　　IT IS SO ORDERED.

~~June 30, 2016.~~
DATED

　　　　　　　　　　　　　　　　　　　　　　_William ~~N~~. Alsup_
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

NO. CR 13-00794 WHA
 [~~PROPOSED~~] ORDER HOLDING IN ABEYANCE 28 U.S.C. § 2255 MOTION